# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**APRIL CULLINS, o/b/o E.W.,**                                  **PLAINTIFF**
**a minor child**

v.                     **CASE NO. 4:19-CV-00667-BSM**

**SOCIAL SECURITY ADMINISTRATION**                    **DEFENDANT**

## ORDER

The recommended disposition from United States Magistrate Judge Beth Deere [Doc. No. 22] has been received. After *de novo* review of the record, the recommended disposition is adopted; the commissioner's decision is affirmed, and April Cullins's case is dismissed with prejudice.

IT IS SO ORDERED, this 7th day of January, 2021.

                                                                    _____
                                                                    UNITED STATES DISTRICT JUDGE