# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

APRIL CULLINS, o/b/o E.W.,                          PLAINTIFF
a minor child

v.            CASE NO. 4:19-CV-00667-BSM

SOCIAL SECURITY ADMINISTRATION              DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED, this 7th day of January, 2021.

_____
UNITED STATES DISTRICT JUDGE